# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 po 04-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )　 | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DAVID FRANK CRISP,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THE UNDERSIGNED**, after conducting a hearing on June 11, 2014, and hearing arguments from Russell L. McLean, III, counsel for Defendant, and David Thorneloe, Assistant United States Attorney as attorney for the Government, enters the following Scheduling Order in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government or the Defendant shall have until **July 1, 2014** to file any pretrial motions, along with a supporting brief. The responding parties shall have up to **July 14, 2014** to respond to the motion, and the filing party shall have up to and including **July 21, 2014** to file a reply brief. The trial in this matter is hereby set for **October 7, 2014 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: June 19, 2014

Dennis L. Howell
United States Magistrate Judge