**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 po 04**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **1) DAVID CHADWICK CRISP,** | ) | |
| **2) DAVID FRANK CRISP,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** has come before the undersigned pursuant to a Motion to Amend Bill of Information (#24) filed by the Government in this matter. At the call of this matter on for hearing, it appeared that the Defendant David Chadwick Crisp was present with his counsel Eric W. Stiles and the Defendant David Frank Crisp was present and represented by his attorney Russell L. McLean, III, and the Government was present through Assistant United States Attorney Richard Edwards. Counsel for both the Defendant David Chadwick Crisp and the Defendant David Frank Crisp advised the Court they did not object to the motion to amend the bill of information. As a result, the motion will be allowed.

## ORDER

    **IT IS, THEREFORE**, **ORDERED** that the Motion to Amend Bill of Information (#24) is hereby **ALLOWED** and the Government will be allowed to file the Amended Bill of Information that has now been filed in this matter, that

being (#33).

Signed: October 8, 2014

Dennis L. Howell
United States Magistrate Judge